COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                      |   |                            |
|----------------------|---|----------------------------|
|                      | § |                            |
|                      |   | No. 08-11-00281-CV         |
| IN THE INTEREST      | § |                            |
|                      |   | Appeal from the            |
|                      | § |                            |
| OF                   |   | 65th Judicial District Court |
|                      | § |                            |
|                      |   | of El Paso County, Texas   |
| M.C., A CHILD.       | § |                            |
|                      |   | (TC# 2010CM6361)           |
|                      | § |                            |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is a joint motion to render judgment in accordance with the agreement entered into by Appellant, J.R.C., and Appellee, the Texas Department of Family and Protective Services (the Department). *See* TEX.R.APP.P. 42.1(a)(2). The motion is granted. In accordance with the joint motion, we reverse the portion of the trial court's judgment terminating J.R.C.'s parental rights to M.C. and affirm the portion of the trial court's judgment appointing the Department as permanent managing conservator of M.C. The parties additionally request that we leave intact the judgment terminating the parental rights of M.C.'s mother because she not appealed the trial court's judgment. Given that the child's mother has not appealed, the trial court's judgment has become final as to her and our opinion and judgment will have no effect on the portion of the judgment terminating her parental rights. Finally, we make no order as to costs because J.R.C. is indigent for purposes of appeal.


GUADALUPE RIVERA, Justice

January 25, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.